688 A.2d 1050

THE TRUSTEES OF PRINCETON UNIVERSITY, ETC. v.
AETNA CASUALTY & SURETY COMPANY, ET AL.

January 15, 1997.

## ORDER

Leave to appeal is granted.

688 A.2d 1050

COASTAL GROUP, INC. v. DRYVIT SYSTEMS, INC., ET AL.

January 15, 1997.

## ORDER

Leave to appeal is granted, limited to the Consumer Fraud Act issue, and the matter is summarily remanded to the Superior Court, Appellate Division for its consideration of the issue on the merits.